IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| PAMELA BELMONT, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | Case No. 2:18-cv-04102-BCW |
| v. | ) ) | |
| MEDICREDIT, INC. | ) ) | |
| Defendant. | ) | |

## MEDICREDIT INC.'S RENEWED MOTION FOR SUMMARY JUDGMENT

Medicredit, Inc. ("Medicredit"), by and through counsel, moves for summary judgment pursuant to Fed. R. Civ. P. 56. In support thereof, Medicredit states as follows:

1. Pamela Belmont ("Plaintiff ") sued Medicredit for alleged violations of the Fair Debt Collection Practices Act ("FDCPA," 15 U.S.C. § 1692, et seq.).

2. Plaintiff alleges Medicredit violated the FDCPA during two phone calls placed by Plaintiff to Medicredit on April 6, 2018.

3. Plaintiff cannot demonstrate a genuine issue of material fact about those calls, which are the only material evidence in the case.

4. The undisputed material facts show Medicredit is entitled to judgment as a matter of law, warranting summary judgment in Medicredit's favor.

5. The bases for this Motion are more fully set forth in Medicredit's accompanying brief, which is incorporated by this reference.

WHEREFORE, Medicredit, Inc. respectfully requests that the Court grant Medicredit summary judgment in its favor and against Pamela Belmont, for a finding that this case was

presented in bad faith or for the purpose of harassment, to award its costs and fees in this case, and that the Court enter such other or additional relief as the Court deems just and appropriate.

Respectfully submitted,

**SPENCER FANE LLP**

**DATED: April 1, 2019**

/s/ *John D. Ryan*
John D. Ryan, MO #51944
1650 N. Kingshighway, Suite 204
Cape Girardeau, MO 63701
Telephone (573) 334-5449
jryan@spencerfane.com

Olawale O. Akinmoladun, MO #63442
1000 Walnut Street, Suite 1400
Kansas City, MO 64106-2140
Phone: (816) 474-8100
Fax: (816) 474-3216
wakinmoladun@spencerfane.com
**Attorneys for Medicredit**

## CERTIFICATE OF SERVICE

I hereby certify that, on this 1st day of April, 2019, I electronically filed the foregoing through the Court's CM/ECF system which will send notification to the following counsel of record:

Joel S. Halvorsen
Gregory M. Klote
HALVORSEN KLOTE
680 Craig Road, Suite 104
St. Louis, MO 63141
**ATTORNEYS FOR PLAINTIFF**

*/s/ John D. Ryan*
**Attorney for Medicredit, Inc.**